UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10122
    MIGUEL PALMA
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-1364

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/18/2006 and was confirmed 01/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/27/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| POPULAR MORTGAGE SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| POPULAR MORTGAGE SERVICI | MORTGAGE ARRE | 4083.80 | .00 | 4083.80 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| EQUITY ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1490.00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2717.23 | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 6939.50 | .00 | 1098.58 |
| ALICIA PALMA | NOTICE ONLY | NOT FILED | .00 | .00 |
| LUIS PEDROZA | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOSEPH WROBEL | DEBTOR ATTY | 1,500.00 | | 1,500.00 |
| TOM VAUGHN | TRUSTEE | | | 432.62 |
| DEBTOR REFUND | REFUND | | | 295.00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,410.00 | |
| PRIORITY | | 1,098.58 |
| SECURED | | 4,083.80 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,500.00 |
| TRUSTEE COMPENSATION | | 432.62 |
| DEBTOR REFUND | | 295.00 |
| TOTALS | 7,410.00 | 7,410.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 10122 MIGUEL PALMA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07

/s/ Tom Vaughn

_____

TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 10122 MIGUEL PALMA